UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

EAST BATON ROUGE
SCHOOL SYSTEM, ET AL.

CIVIL ACTION

23-595-SDD-EWD

## RULING

The Court has carefully considered the motions,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 8, 2024, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the Motions to Dismiss for Lack of Jurisdiction, Lack of Procedural Capacity and No Right of Action,[4] filed by Mentorship Steam Academy and Keith Woods, and the Motion to Dismiss Plaintiff's Amended Complaint,[5] filed by the East Baton Rouge School Board, are granted, in part. The claims asserted by Plaintiff Kelvin Wells against Mentorship Steam Academy, Keith Woods and the East Baton Rouge School System are DISMISSED WITHOUT PREJUDICE for lack of subject matter

---

[1] Rec. Doc. 17 and 18.
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.
[4] Rec. Doc. 17.
[5] Rec. Doc. 18.

jurisdiction under Fed. R. Civ. Proc. 12(b)(1) or, alternatively, dismissed for failure to state a claim under Fed. R. Civ. Proc. 12(b)(6).

IT IS FURTHER ORDERED that further leave to amend by Plaintiff Kelvin Wells shall be denied, if sought.

IT IS FURTHER ORDERED that Patrick Wells, Bethany Wells, and Treasure Wells are granted sixty (60) days to substitute themselves as plaintiffs in this case and that they are granted an additional thirty (30) days after substitution to file an amended complaint curing the jurisdictional defects and stating plausible claims that are not time-barred, if possible, as they appear to be the true parties in interest.

IT IS FURTHER ORDERED that this case shall be CLOSED if neither Patrick Wells, Bethany Wells, nor Treasure Wells substitute as a plaintiff in this case within the 60-day time period.

IT IS FURTHER ORDERED that Plaintiff Kelvin Wells is instructed that he cannot file any additional lawsuits in this Court without receiving permission from a judge of this Court before filing. Since 1999, Kelvin Wells has filed forty-six (46) lawsuits in this Court. Of Wells' most recently filed cases that have been resolved, all have been dismissed for failure to state a claim, lack of subject matter jurisdiction, failure to timely serve, or on grounds of Eleventh Amendment immunity, sometimes on defense motions that were unopposed. Given Wells' history of filing several lawsuit suits, some with meritless claims, or failing to prosecute lawsuits once they are filed, the sanction is warranted.

Signed in Baton Rouge, Louisiana, on this 10th day of September, 2024.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA